UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN McCLAIN,

Plaintiff,

v.                    4:10-cv-261

STEPHANIE DAVIS NELSON, et al.,

Defendants.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, Doc. 10, to which objections have been filed, Doc. 13.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. McClain's Motion to Correct Complaint, Doc. 8, and Motion for Appointment of Counsel, Doc. 9, are *DENIED* and his case is *DISMISSED WITHOUT PREJUDICE*.

This 17th day of February 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA